IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| HYLAND CONSTRUCTION CO., INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | |
| | § | |
| JEFFREY C. STONE, INC. D/B/A | § | |
| SUMMIT BUILDERS N/K/A SUMMIT | § | Civil Action No. 5:14-cv-00714 |
| DCK, LLC; DCK NORTH AMERICA, | § | |
| LLC D/B/A DCK WORLDWIDE, LLC; | § | |
| DCK/FWF, LLC; JEFFREY C. STONE; | § | |
| AND SAFECO INSURANCE COMPANY | § | |
| OF AMERICA, | § | |
| | § | |
| Defendants. | § | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)(ii)

Comes now Hyland Construction Co., Inc., Jeffrey C. Stone, Inc. d/b/a Summit Builders, n/k/a Summit dck, LLC, dck North America, LLC d/b/a dck Worldwide, LLC, dck/FWF, LLC, Jeffrey C. Stone, and Safeco Insurance Company of America, by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby dismiss this action with prejudice, each party to bear its own costs.

The parties agree and the Court orders that in the event that any party shall seek enforcement of any provision of the settlement agreement in this matter that the United States District Court for the Western District of Texas, San Antonio Division, shall have jurisdiction over any such action.

Entered this _____ day of February, 2015

_____
Judge, U.S. District Court

Joint Stipulation of Dismissal with Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii)
Page 1 of 2

We so stipulate:

Dated:          February 23, 2015

/s/ *Clayton C. Utkov*
Clayton C. Utkov
Ford Nassen & Baldwin, PC
111 Congress Ave, Suite 1010
Austin, Texas 78701
Facsimile: 512.236.0682
ccutkov@fordnassen.com
Attorney for Hyland Construction Co., Inc.

Dated:          February 23, 2015

/s/ *Gina D. Shearer, with permission*
Keith A. Langley
Gina D. Shearer
Langley, LLP
901 Main Street, Suite 600
Dallas, Texas 75202
Facsimile: 214.722.7161
klangley@l-llp.com
gshearer@l-llp.com
Attorneys for Safeco Insurance Company of
America

Dated:          February 23, 2015

/s/ *Christopher G. Burwell, with permission*
Johnathan M. Bailey
Christopher G. Burwell
Bailey & Bailey, PC
230 Pereida Street
San Antonio, Texas
Facsimile: 210.225.8246
jbailey@baileyandbaileypc.com
cburwell@baileyandbaileypc.com
Attorneys for Jeffrey C. Stone, Inc. d/b/a Summit
Builders n/k/a Summit dck, LLC, dck North
America, LLC d/b/a dck Worldwide, LLC,
dck/FWF, LLC, and Jeffrey C. Stone